

**EXHIBIT A**

Complaint
Lawson et al. v. City of Atlanta

# 2010 State of the City's Transportation Infrastructure & Fleet Inventory Report




City of Atlanta
Department of Public Works
January 2011

# 2.3  Sidewalk and Curbing Program Fact Sheet

## Overview

Although new sidewalks have been installed under the Quality of Life Bond Program and minor trip hazards have been addressed since the 2008 Infrastructure Report, there is no substantive change to the estimate of existing deteriorated sidewalks and curbing in the City of Atlanta. The inner City's sidewalk network of hexagonal concrete and brick pavers are beyond the expected life of fifty years. These sidewalks have deteriorated, and do not meet the requirements of the Americans with Disabilities Act (ADA) of 1990.  Curbing, particularly in outlying areas annexed from Fulton County, include non-standard header rock providing little stormwater control.

## Estimated Sidewalk and Curbing Inventory

Based on the 2008 State of the City's Infrastructure Report, it is estimated that the City has 2,158 miles of sidewalks and curbing.

## Action Since 2008

Eighteen miles of replacement sidewalks and curbing have been constructed since the State of the City's Infrastructure Report dated December, 2008.  This represents less than one percent of the sidewalk and curbing inventory, merely four percent of the 2008 estimated backlog for sidewalks, and eight percent of the 2008 estimated backlog for curbing.

## State of the Inventory



**Deteriorated & Non-ADA Compliant Sidewalk**

**Deteriorated & Non-ADA Compliant Sidewalk**

The 2008 Infrastructure Report estimated that about 18% of our sidewalk network can be categorized as deteriorated; 10% of curbing is estimated in the report to be deteriorated. While small amounts of infrastructure replacement have occurred over the past two years, the Department of Public Works estimates that these replacements have been offset by further deterioration of the remaining infrastructure.  Therefore, the estimated backlog rates remain the same as in the 2008 report.  However, replacement costs per mile of construction have been revised upward from the 2008 report.

**Table 2.3-1**
**Sidewalks and Curbing – Backlog Inventory**

| Sidewalk Program Component | Total Inventory (miles) | Estimation Rate | Backlog (miles) | Estimated Backlog Cost Per Mile (thousands) | Estimated Total Backlog Cost (thousands) |
|---|---|---|---|---|---|
| **Sidewalks** | 2,158 | 18.3% | 395 | $268 | $109,012 |
| **Curbing** | 2,158 | 10.0% | 216 | $132 | $29,340 |
| **Engineering Services** | Not Applicable | 10.0% | Not Applicable | Not Applicable | $14,250 |
| **TOTAL** | | | | | **$152,603** |

## 2.3  Sidewalk and Curbing Program Fact Sheet

### Prioritization Criteria

A comprehensive sidewalk and curbing assessment of magnitude and condition is needed for the Sidewalk & Curbing Replacement Program.  This report estimates an equal distribution of high, medium, and low priority sidewalk and curbing projects in the City.  The Department of Public Works will utilize street classification and the following additional data in determining priority of sidewalks and curbing for replacement.

- Street Classification:  Arterials (highest priority), Collectors, or Residentials/Locals (lowest priority)
- Connectivity to:  Schools, bus routes, parks, and commercial/community/medical center nodes
- Safety:  Reports of pedestrian accidents
- Population Density

**Table 2.3-2**
**Sidewalk and Curbing Status Summary**

| Sidewalk Program Component | High Priority (thousands) | Medium Priority (thousands) | Low Priority (thousands) | Totals (thousands) |
|---|---|---|---|---|
| **Sidewalk** | $39,971 | $39,971 | $39,971 | $119,913 |
| **Curbing** | $10,758 | $10,758 | $10,758 | $32,274 |
| **Totals** | **$50,729** | **$50,729** | **$50,729** | **$152,187** |

Note: Includes engineering.

### Recommendations

The City should first eliminate the current sidewalk repair inventory backlog. If the backlog is not eliminated; every year the deterioration of the sidewalk infrastructure will continue. Once the backlog has been addressed the City should then make a commitment to specifically fund approximately $15 million annually for a sidewalk maintenance program.

**Table 2.3-3**
**Sidewalks and Curbs Funding Gap**

| Total Backlog (millions) | Current Annual Budget (millions) A | Annual Budget* Needed (millions) B | Needed vs. Current Funding Gap (millions) B – A | Funding Gap % (B - A)/A |
|---|---|---|---|---|
| $152.19 | $0.42 | $15.18 | $14.76 | 3514.28% |

Note: The elimination of the backlog is not considered when calculating the Annual Budget.

# 2.4  ADA Ramp Program Fact Sheet

## Overview

In 2009, the United States Department of Justice initiated a compliance review of the facilities and policies of the City of Atlanta related to the Americans with Disabilities Act (ADA) of 1990.  Among other outcomes for City of Atlanta Departments, the Department of Public Works (DPW) is required to identify and install adequate curb ramps at sidewalk locations of streets resurfaced since January, 1992.  However, the Department has a desire to do more by providing adequate curb ramps at all sidewalk locations throughout the City.

**Intersection Node with Missing ADA Ramp**

## ADA Ramp Inventory

During this calendar year, in-house staff of the Department of Public Works has extensively revisited non-state route locations within the City which have been resurfaced since 1992.  The DPW assessment inventoried 757 miles of City streets.  This inventory represents 44% of the entire street network.  The inventory found 18,884 intersection nodes with ADA ramp requirements.  See the inventory assessment below for the assessed condition of these intersection nodes.  An intersection node is defined as one corner of crossing streets.  For example, a T-intersection would have two intersection nodes; an X-intersection would have four intersection nodes.  Based on this partial inventory, the Department of Public Works estimates that throughout the City there are approximately 43,000 intersection nodes with ADA ramp requirements.  This compares to 52,800 from the 2008 State of the Infrastructure Report.

## Action Since 2008

Since 2008, the City of Atlanta has replaced ADA ramps primarily through funding from the Quality of Life Bond Program.  This replacement program provided ADA-compliant ramps wherever sidewalk replacement projects occurred, as well as when intersection improvement projects were implemented.  The count of ADA ramp replacements since 2008 is 813 ramps.  This represents 1.9 percent of the estimated ADA ramp inventory.  This represents 2.6 percent of the estimated backlog for ADA ramps.

## State of the Inventory

This year's ADA ramp assessment found the following at 18,884 intersection nodes with ADA ramp requirements:

- ➢ 3,080 intersection nodes were compliant.

- ➢ 8,705 intersection nodes had ADA ramps that are currently non-compliant with today's standards.

- ➢ 7,099 intersection nodes have no ADA ramps where needed.

The condition of ramps along streets that have not been resurfaced since 1992 has not been inventoried.  An assessment is needed to confirm the existence and condition of these ramp requirements.  Ramps on the un-inventoried arterials and collectors are estimated at a rate of 4 ramps per 500 feet of street length.   It is assumed that 20 percent of the un-inventoried local roads have a sidewalk system.  For these sidewalks, it is estimated that there are ramps at a rate of 4 ramps per 500 feet of length.

# 2.4 ADA Ramp Program Fact Sheet

## Prioritization Criteria

In the schedule for improvements provided to the Department of Justice, the inventory of ADA ramp needs have been defined as Priority 1 (high) and Priority 2 (medium) ramps. Priority 1 ramps are along the City's arterial and collector roads that have been resurfaced since 1992. Priority 2 ramps are along the City's local streets that have been resurfaced since 1992. In this report, all ramps mandated in the Department of Justice agreement are high priority. Medium priority ramps are those ramps not included in the Department of Justice mandate that are on arterials and collectors that have not been resurfaced since 1992. Low priority ramps are those ramps not included in the Department of Justice mandate on local streets that have not been resurfaced since 1992.

Table 2.4-1
**ADA Ramp - Backlog Inventory**

| ADA Ramps | High Priority | Medium Priority | Low Priority | Totals |
|---|---:|---:|---:|---:|
| Arterials | 1,794 | 3,886 | 0 | 5,680 |
| Collectors | 4,380 | 3,252 | 0 | 7,632 |
| Locals | 9,630 | 0 | 8,500 | 13,312 |
| Totals | 15,804 | 7,138 | 8,500 | 31,442 |

Table 2.4-2
**ADA Ramp Status Summary**

| ADA Ramps | High Priority (thousands) | Medium Priority (thousands) | Low Priority (thousands) | Totals (thousands) |
|---|---:|---:|---:|---:|
| Arterial | $2,966 | $6,424 | $0 | $9,390 |
| Collectors | $7,241 | $5,376 | $0 | $12,617 |
| Local | $15,920 | $0 | $14,052 | $22,007 |
| Totals | $26,126 | $11,800 | $14,052 | $51,978 |



**Intersection Node with Non-Compliant ADA Ramp**



**Missing ADA Ramp Location**

# 2.4  ADA Ramp Program Fact Sheet

## Recomendations

The City should first eliminate the current ADA ramp repair inventory backlog. If the backlog is not eliminated; every year the deterioration of the ADA ramps will continue, and the mobility of ADA protected individual will not improve. Once the backlog has been addressed the City should then make a commitment to specifically fund approximately $5 million annually for a ADA ramp maintenance program.

**Table 2.4-3**
**ADA Ramp Funding Gap**

| Total Backlog (millions) | Current Annual Budget (millions) A | Annual Budget Needed (millions) B | Needed vs. Current Funding Gap (millions) B-A | Funding Gap % (B-A)/A |
|---|---|---|---|---|
| $52.00 | $0.18 | $5.22 | $5.04 | 2800.00% |

Note: The elimination of the backlog is not considered when calculating the Annual Budget.