**EXHIBIT B**
Complaint
Lawson et al. v. City of Atlanta

**In The Matter Of:**

*ELIZABETH BECKLEY vs.*
*CITY OF ATLANTA, GEORGIA*

*MICHELLE WYNN*
*February 1, 2017*
*30(b)(6) DEPOSITION*

*Excerpts Only*



JPA REPORTING, LLC
CERTIFIED COURT REPORTERS

1776 PEACHTREE STREET, N.W.
SUITE 390-N
ATLANTA, GEORGIA 30309
404-853-1811
1-888-947-2963

*Original File 0201Wynn17.txt*
Min-U-Script® with Word Index

1         here and just go through the number, per se,
2         with you.
3                MR. RADFORD:  Okay.
4                MS. FLOYD:  Because of the number of
5         years, and the extensive amount of sidewalks
6         throughout the City.  So to have one person
7         sit here and do that, we do not have that.
8                MR. RADFORD:  Okay.
9         Q.     (By Mr. Radford) So you identified the
10   Quality of Life Bond.  Out of that, do you know how
11   much was dedicated to sidewalk repair, or
12   installation?
13        A.     I apologize.  I don't recall.  I do
14   have that number, but I don't recall what it is.
15        Q.     Okay.  Is that something you could --
16   is there some document you could look at to refresh
17   your memory as to that figure?
18        A.     Yes.
19        Q.     How easy would it be for you to get
20   that?  Is it something you could go to your office
21   and say, "Hey, give me the documents that show" --
22        A.     It's something that I could find.  I
23   couldn't -- I don't know exactly where it is, so I
24   couldn't run down and just get it.  I could --
25        Q.     But just to be clear, so we're talking

```
 1   about a Quality of Life Bond -- a specific bond that
 2   was taken out in 2000; is that right?
 3        A.   Uh-huh.
 4        Q.   And was that like a -- something the
 5   voters approved?
 6        A.   Yes.  It was a referendum.
 7        Q.   Okay.  And do you know what the total
 8   figure for that bond was?
 9        A.   150.
10        Q.   150 million?
11        A.   Yeah.
12        Q.   And your testimony is that some amount
13   of that was put towards sidewalks.
14        A.   Yes.
15        Q.   But you don't know --
16        A.   I don't recall what it is.
17        Q.   Can you say one way or another
18   whether -- I mean, can you give me any kind of rough
19   estimate of what percentage of the deteriorated
20   sidewalks identified in the 2010 report have been
21   brought into compliance?
22        A.   No.
23        Q.   Do you know for a fact that any
24   percentage of it has been brought into compliance?
25        A.   Yes.
```

```
 1         Q.    Okay.  Do you know for a fact whether
 2   it's, you know, more than 10 percent?
 3         A.    I would say the challenge with that
 4   type of statement is that while you're bringing one
 5   part in compliance, there's something else that is
 6   deteriorating, worse.
 7         Q.    Right.
 8         A.    So it's -- I'm not comfortable giving a
 9   number.
10         Q.    Okay.  If you look at Page 10, there is
11   a section that says "Recommendations."  And it
12   states, "The City should first eliminate the current
13   sidewalk repair inventory backlog.  If the backlog is
14   not eliminated every year, the deterioration in the
15   sidewalk infrastructure will continue.  Once the
16   backlog has been addressed, the City should then make
17   a commitment to specifically fund approximately
18   $50 million annually for a sidewalk maintenance
19   program."
20               Now, does that -- do you agree with
21   that recommendation, or at least based on the way
22   things were in 2010?
23         A.    I -- yes.  I think that's a reasonable
24   recommendation.
25         Q.    Okay.  And if you look at the -- right
```

```
 1   below that recommendation, there's a table, and the
 2   estimate given here for -- to repair the total
 3   backlog of noncompliant sidewalks, as of 2010, was
 4   $152 million.
 5              MS. FLOYD:  I object to the form,
 6         because it doesn't say "noncompliance."  That
 7         was sidewalks in general.
 8         Q.   (By Mr. Radford) Well, to fix, I guess,
 9   deteriorated sidewalks, right? -- was $152 million.
10   Has that -- has that amount been spent to repair
11   deteriorated sidewalks?
12         A.   No.
13         Q.   And has there been -- has the City
14   allocated 15 million annually for sidewalk
15   maintenance?
16         A.   No.
17         Q.   Do you know when -- so you identified
18   the Quality of Life Bond.  Do you know if any part --
19   well, as money was being spent on sidewalk repair and
20   construction, as part of the Quality of Life Bond, do
21   you know if there was any process in place to
22   prioritize specifically bringing sidewalks into
23   compliance with the ADA?
24         A.   There was a portion of the funds that
25   were specific to ADA ramps.
```

1      Q.    To ADA ramps.

2      A.    Yes.

3      Q.    As part of that Quality of Life Bond.

4      A.    Yes.

5      Q.    And do you know what the specific
6  figure for ADA ramps was?

7      A.    No.  That would be part of the previous
8  number that I said I could not recall.

9      Q.    Okay.  Well, let's talk about the -- so
10  you identified the Quality of Life Bond as a source
11  of funds that has come since 2010 for sidewalk
12  repair, and you mentioned an agreement with MARTA
13  that was targeted towards the sidewalks surrounding
14  bus stops; is that right?

15      A.    Correct.

16      Q.    Other than those two sources of funds,
17  is there any other --

18      A.    The Renew Atlanta Bond -- the current
19  bond program, also has approximately 5 million that
20  is specific to ADA and sidewalks.

21          And then there are other projects that
22  are -- overlap, and are also repairing sidewalks and
23  install- -- repairing sidewalks or installing new
24  sidewalks and ADA ramps.

25      Q.    So when was the Renew Atlanta Bond

1    City's doing to address any noncompliant ADA -- or
2    any intersections that are noncompliant because of
3    the lack of ADA ramps?
4         A.    Well, like I said, specifically in the
5    bond -- the current bond, as we resurface streets --
6    actually before we resurface streets.  Once we
7    identify the streets as needing to be resurfaced, or
8    are on our resurfacing list, we also go out and do an
9    assessment specifically of the ADA ramps.  And we
10   also are looking at sidewalks along the street.
11              And then we are assigning -- typically
12   through a separate contract, but sometime in the same
13   contract as the resurfacing, we're assigning that
14   work to have that completed, ideally, before the
15   resurfacing, but if not before, then shortly after
16   the resurfacing has occurred.
17              And similarly, DPW is doing that with
18   the LMIG program: local maintenance improvement
19   grant.
20        Q.    All right.  So looking at the 2010
21   report, if you look at Page 11, which is where the
22   discussion of ADA ramps begins, if you'll look down
23   towards the bottom half of that page, there's a
24   section called "State of the Inventory."
25              And it states there that "This year" --

1   referring to 2010.  "This year's ADA ramp assessment

2   found the following at 18,884 intersection nodes with

3   ADA ramp requirements:  3,080 intersection nodes were

4   compliant; 8,705 intersection nodes had ADA ramps

5   that are currently noncompliant with today's

6   standards; and 7,099 intersection nodes have no ADA

7   ramps where needed."

8           Was that an accurate statement, at

9   least as of 2010?

10      A.    Yes.  Based on the methodology or the

11  assumptions that they made, that was a

12  reasonable . . .

13      Q.    And so of the 8,705 intersection nodes

14  with noncompliant ADA ramps, and the 7,099

15  intersection nodes with no ADA ramps, how many --

16  among those, can you tell me, either in number or a

17  percentage, those that have been brought into

18  compliance?

19      A.    Could you ask that again?

20      Q.    Yes.  Of the noncompliant -- the 8,705

21  noncompliant ramps, and the 7,099 intersections with

22  no ramps, that's roughly -- let's see.  Let me do the

23  math.  That would be 15,804 noncompliant

24  intersections.  Can you tell me a number, or a

25  percentage of those, that have been brought into

1   compliance since then?
2        A.    What was that total number you had
3   again?
4        Q.    15,804.
5              MS. FLOYD:  James, too, when you're
6        talking about those 8,705 intersection nodes
7        that had ADA ramps that are currently
8        noncompliant with today's standards, that
9        would include, you know, places that -- you
10       know, streets that were existing before the
11       passage of the ADA.
12             MR. RADFORD:  Well, so let's clarify
13       that.
14             MS. FLOYD:  Yes.
15             MR. RADFORD:  So if you look at the
16       sentence right after that, it says, "The
17       condition of ramps along streets that have not
18       been resurfaced since 2010 has not been
19       inventoried."
20             MS. FLOYD:  Okay.  Since 1992 --
21       okay -- has not been inventoried.
22             MR. RADFORD:  So this is based on
23       inventory of streets that had been resurfaced
24       since 1992.
25             MS. FLOYD:  Okay.

```
 1        Q.    (By Mr. Radford) And if you'll -- let's
 2   go back and clarify that.
 3              If you look up the page, do you see the
 4   section that says, "ADA Ramp Inventory"?  And it
 5   says, "During this calendar year, in-house staff of
 6   the Department of Public Works has extensively
 7   revisited nonstate route locations within the City
 8   which have been resurfaced since 1992."
 9              So the inventory we see here is based
10   on streets that had been resurfaced since 1992,
11   correct?
12        A.    Say that whole thing again?  I'm sorry.
13        Q.    So you can see from that sentence that
14   I read, the inventory that we see here in this report
15   of intersections, and intersection ramps, is based on
16   streets that had been resurfaced since 1992, correct?
17        A.    Correct.
18        Q.    Okay.  And of those, there were this
19   15,804 number of intersections that were not
20   compliant -- whose ramps were not compliant with ADA.
21              So I guess I'm asking you, do you know
22   how much of that has been brought into compliance
23   since this report?
24        A.    Since this report.
25        Q.    Yes.
```

```
 1        A.    I don't have an exact number.  I can
 2   give an estimate, but that would be an estimate.
 3        Q.    Well, give me your best estimate.  And
 4   you know, it's on the record that it's just an
 5   estimate, so, you know, that's fine.  But can you
 6   give me an estimate?
 7        A.    I would estimate maybe about
 8   five percent.
 9        Q.    Have been brought into compliance?
10        A.    Yes.
11        Q.    And why is that number so low?
12        A.    Well, I think because the ask is so
13   high.  I mean, the expectation is so high.
14        Q.    Just -- it's expensive, basically.
15   Right?
16        A.    Yes.
17        Q.    Is that right?
18        A.    Yes.
19        Q.    Do you know why?
20              So these are streets that were paved
21   since 1992.  Do you know why the -- you know, the
22   ramps weren't brought into compliance along with the
23   paving -- the repaving project?
24        A.    I think you also have the factor in the
25   fact that the standards have changed.  So you could
```