**EXHIBIT D**

Complaint
Lawson et al. v. City of Atlanta

**In The Matter Of:**

*ELIZABETH BECKLEY vs.*
*CITY OF ATLANTA, GEORGIA*

---

*LAWRENCE JETER*
*November 17, 2016*
*30(b)(6) DEPOSITION*
*Excerpts Only*

---



JPA REPORTING, LLC

CERTIFIED COURT REPORTERS

1776 PEACHTREE STREET, N.W.
SUITE 390-N
ATLANTA, GEORGIA 30309
404-853-1811
1-888-947-2963

*Original File 1117Jeter16.txt*
*Min-U-Script® with Word Index*

**30(b)(6) DEPOSITION**

1   I were to go to the Atlanta.ga website, how would I

2   find specifically what you're talking about?

3          A.     It should pop up on a screen on the

4   initial page, and you can also access it via the

5   Department of Public Works.  There's a drop down menu

6   and various departments are identified and you should

7   be able to access it via one of those drop down menus,

8   via department along with some other additional

9   things.

10         Q.     Is there any sort of form or grievance

11  procedure specifically aimed towards the ADA

12  compliance?

13         A.     No.

14         Q.     So what you're talking about is sort of a

15  form or a request that would generally apply to

16  requests for sidewalks repair?

17         A.     Yes.

18         Q.     Like if the sidewalk in front of my house

19  was broken out by branches, there's some kind of form

20  I could request a repair to that?

21         A.     Yes, you could request a service request.

22  As I mentioned earlier, we consider sidewalk ADA ramps

23  an integral component to sidewalk construction.  So

24  you can ask for an ADA repair via that same problem

25  code that tracks those requests.

**30(b)(6) DEPOSITION**

1    Q.    Okay.  It's the same form basically?

2    A.    Yes.

3    Q.    The form for the sidewalk is broken up by

4  branches, is the same way I would go to say a sidewalk

5  doesn't have a ramp --

6    A.    Correct.

7    Q.    -- so I can't get up on it in my

8  wheelchair?

9    A.    Correct.

10    Q.    And is there any kind of separate

11  grievance procedure for ADA noncompliance with respect

12  to sidewalk access?

13    A.    No.

14         MR. RADFORD:  It looks like I'm still not

15      able to -- there's a law guest, do you know if

16      there's a password for that?

17         MS. FLOYD:  I do not.  I'm sorry.

18         MR. RADFORD:  Okay.  Can we find out?

19         MS. FLOYD:  Let me see if I can e-mail

20      someone about that.

21         MR. RADFORD:  Let's go off the record.

22         (Recess from 10:27 a.m. to 10:29 a.m.)

23    Q.    (By Mr. Radford)  So for the record, I've

24  got pulled up on my laptop here the City of Atlanta

25  website, Atlantaga.gov.  Have I truly and accurately

**30(b)(6) DEPOSITION**

1    pulled up the City of Atlanta website?

2         A.     Yes, that's the City of Atlanta website.

3         Q.     Okay.  So how would I find on this website

4    what you're talking about, the place to request or

5    repair a sidewalk?

6         A.     Okay.  It usually scrolls through --

7         Q.     What if I look up public works in the

8    search bar?  Try that?

9         A.     Well, yeah, you can.

10        Q.     Let's see if that gets us there.  City of

11   Atlanta Public Works.

12        A.     Yeah.

13        Q.     And you can scroll on your own if you want

14   to.

15        A.     Yeah.  Hit the residence.

16        Q.     Residence.

17        A.     Let's see what --

18        Q.     So we've clicked on the tab residence.

19        A.     I'm just --

20        Q.     Sure.  Go ahead.  So you clicked on City

21   Hall and then another tab that says online services.

22        A.     Right.  And scroll back up for me.  Can

23   you go back up in the search and type 311.

24        Q.     So I'm going up to the search bar and

25   typing 311?

**30(b)(6) DEPOSITION**

1    A.    Yeah.

2    Q.    Okay.

3    A.    Atl311.  I don't know why they don't give

4  you a --

5    Q.    Well, let's try the Public Works page

6  again.  Here's Atl311.com.

7    A.    Yeah.

8    Q.    So I'm going to Atl311.com which is a link

9  off of the public works page on the Atlanta website.

10    A.    Okay.  It should list several sections you

11  can go in.  I think one says streets and sidewalks.

12    Q.    I'll go in the search bar and search for

13  sidewalks on the Atl311.com webpage.

14         So that's taking a while to load, but as

15  we're looking at the main page it looks like a

16  specific link that says sidewalk defects?

17    A.    Right.

18    Q.    So I'm clicking that.  While we're waiting

19  for this to load --

20    A.    Okay.

21    Q.    -- is there any place where data would be

22  compiled as to requests that have from come through

23  this website?

24    A.    Yes.  There's a way we can pull the data

25  out.  All requests go in and they're assigned a

1   problem code.  And most street and sidewalk problem

2   codes start with ST.  And I think the specific code

3   for sidewalk is ST-930.  And then we've got some other

4   ones ST-931 which is larger sidewalk repairs.

5        Q.     So ST-930 --

6        A.     Is the primary problem code that's used to

7   track those defects or request for services.

8        Q.     Request for sidewalk repairs?

9        A.     Uh-huh.

10       Q.     And then ST-931 would be another code?

11       A.     Yeah, I believe that one -- that's to

12   request for larger sidewalk repairs.

13       Q.     Okay.  Is there any code specifically

14   designated for lack of wheelchair access?

15       A.     No.

16       Q.     Has there been any efforts to publicize

17   this website and this process to people who might need

18   wheelchair access to let them know that this is how

19   they would go about filing a grievance?

20       A.     I am not aware of any PSAs or advisories

21   specific to those type of requests.

22       Q.     Okay.  And one reason I ask, I mean, kind

23   of in my own research, you know as we were working on

24   this case, we went on Google and, you know, looking

25   for the form that I would use to request, you know, a

**30(b)(6) DEPOSITION**

1    sidewalk ramp be repaired or notify the City that

2    there's no sidewalk access at a certain intersection

3    and there's not anything.

4            And I just want to be sure there's not

5    something out there that I don't know of.  But as far

6    as you know that's accurate, there's not been anything

7    that's labeled as this is how a person in a wheelchair

8    would request a sidewalk ramp be put in at a given

9    sidewalk?

10        A.     That's correct.

11        Q.     But as an internal matter, you all would

12    find out about it if they went through this Atl311

13    website?

14        A.     That's correct.

15        Q.     Okay.  And this could be a problem with my

16    phone or it could be a problem with the -- but just

17    for the record we've clicked on a link of Atl311 that

18    relates to sidewalk repair requests.  And it says the

19    page isn't working.  But, again, that could be just

20    because we're having trouble with the connection and

21    we can check that out later.

22            Okay.  And this Atl311 this website and

23    this process for requesting sidewalk repairs, how long

24    has this process been in place?

25        A.     The 311 process is a fair ly new step in

1    customers being able to access services to the City.

2    I think within the last two to three years the 311

3    call center or that number, 311, was activated.  But

4    the work management system that this information feeds

5    into has -- we have used that system 10, 15 years.  I

6    mean --

7         Q.    Okay.  So the internal work management

8    system has been around for 10 or 15 years, but I guess

9    the means for the public to communicate that to the

10   City has only been around for two to three years?

11        A.    Well, the specific 311 system.  We've had

12   other methods.  I believe it was previously called

13   customer service call center.  You know, we've also

14   had -- the departments had their internal customer

15   service divisions.  But with this administration the

16   mayor chose to centralize it into a centralized call

17   center.

18             (Plaintiff's Exhibit 2 was marked for

19        identification.)

20        Q.    (By Mr. Radford)  I'm going to show you

21   what I'm going to mark as Plaintiff's Exhibit 2.  I'll

22   represent to you that this is a copy of the 2009

23   settlement agreement that I got from the Department of

24   Justice website.  Take as much time as you need to

25   review it.  And let me know if there's something about

**30(b)(6) DEPOSITION**

1    it that makes you think it's not an accurate copy.

2    And you can see on the very bottom of the page the

3    government website it was accessed from.

4         A.    Okay.

5         Q.    And are you familiar with this document?

6         A.    Yes, I am.

7         Q.    And I know it's a long document, but based

8    on what you've been able to see from your brief

9    review, does it appear to be an accurate copy of the

10   2009 settlement agreement?

11        A.    It does.

12        Q.    And if you'll turn to Page 6, on the

13   bottom it says 6/12 on the bottom.  You see at the

14   very bottom of that page it says sidewalks?

15        A.    Yes.

16        Q.    So the next Page 7 is where the actual

17   agreement with relation to sidewalks begins.  And

18   that's Paragraphs 36 through 40.

19        A.    Uh-huh.

20        Q.    All right.  So I want to take a look at

21   Paragraph 36 specifically which provides:  "Within

22   three months of the effective date of this agreement,

23   the City will implement and report to the Department

24   its written process for soliciting and receiving input

25   from persons with disabilities regarding the

**30(b)(6) DEPOSITION**

1   accessibility of its sidewalks, including, for

2   example, requests to add curb cuts at particular

3   locations."

4            Now from what I understand, at least

5   present day, there is no specific written process for

6   requests for wheelchair ramps outside of the sort of

7   general 311 system for sidewalk repairs, correct?

8       A.      Correct.

9       Q.      And do you know if there ever was any

10  written process for soliciting and receiving input

11  from persons with disabilities regarding the

12  accessibility of sidewalks?

13      A.      I do not.

14      Q.      Have you ever seen any kind of written

15  process that would meet that description?

16      A.      I have not.

17      Q.      Let me ask you this question:  So through

18  the 311 process on the website or from whatever

19  existed prior to 311, do you have any record of how

20  many requests have come from persons specifically

21  complaining that there was not a sidewalk

22  accessibility accomodation in a given place within the

23  City?

24      A.      Could you repeat that?

25      Q.      Yeah, I made that too complicated.  I'm

**30(b)(6) DEPOSITION**

1   going to talk about sidewalk ramps because that's the

2   most obvious accessibility accomodation, right?

3       A.      All right.

4       Q.      So either from the new 311 system or

5   through whatever proceeded that, do you have any

6   record of how many requests have come from people to

7   the City of Atlanta for installation of sidewalk

8   ramps?

9       A.      No, I don't.

10      Q.      I asked you the question if you had any

11  record of that, do you know how many requests have

12  come through?

13      A.      No, I do not.

14      Q.      How would we find that out?

15      A.      Through a search of our Hansen work

16  management system, specifically the product code

17  ST-930.  You would have to review those specific

18  requests.  And then once an inspection is completed,

19  the field comments are in there as well as any

20  associated work orders that were eventually performed

21  as a result of that service request.

22      Q.      Okay.  So because there's no specific code

23  for wheelchair ramps, you would have to go into sort

24  of the subcategory of sidewalk repairs and then search

25  within those to see, I guess, just based on the