## SECTION 1 - MISSING RAMPS



**EXHIBIT E**

Complaint
Lawson, et al. v. City of Atlanta



4th Street NE and Durant Place NE
(Missing ramp)



4th Street NE and Durant Place NE
(Missing ramp)



Monroe Drive NE and Cresthill Avenue NE
(Missing ramp)



Irwin Street NE & Hilliard Street NE
(Missing ramps)



Dixie Avenue NE and Spruce St NE
(Missing ramps)



Piedmont Avenue between 10th Street & 11th Street
(Missing ramp)



Marietta Street and Bankhead Avenue NW
(Missing Ramp)



Spring Street & 19th Street
(Missing ramp)



Montgomery Street & Meridian Street SE
(Missing ramp)



Peachtree Place at Cypress Street NE &
Peachtree Place NE
(Missing ramp)



17th Street NW, east of Peachtree Street
(Missing ramp)



19 Weatherby Street
(Missing ramp)



15th Street NE
(Missing ramp)



Juniper Street NE & 12th Street NE
(Missing ramp)



4th Street NE and Juniper Street NE
(Missing ramp)



Edgewood Avenue at William H Borders Sr Drive
(Missing ramps)



3rd and Spring Street NW
(Missing ramp)



Monroe Drive NE & Park Drive NE
(Missing ramps)



Monroe Drive NE & Park Drive NE
(Missing ramps)



Intersection of McDonough Boulevard SE & Martin Avenue SE
(Missing ramp)



Atlantic Drive NW and 11th Street
(Missing ramp)



Atlantic Drive NW & Home Park Avenue NW
(Missing ramp)



Atlantic Drive NW & Home Park Avenue NW
(Missing ramp)



Atlantic Drive NW & Home Park Avenue NW
(Missing ramp)



Peachtree Street and Williams St
(Missing ramp)



Courtland Street NE and Ralph McGill Boulevard NE
(Missing ramps, not flush with crosswalk)



Linden Avenue NW & Spring Street NW
(Ramp missing and crosswalk improperly marked



Montgomery Ferry and Piedmont Way NE and
Pelham Road NE
(Missing ramp)



15th Street and Arts Center Way
(Missing ramp)



16th Street
(Missing ramp)



Virginia Circle NE & Arcadia Street
(Missing ramp)



North Highland Avenue NE and Drewry Street NE
(Missing ramp)



Courtenay Drive NE & Wayne Avenue NE
(Missing ramp)



Montgomery Ferry Drive NE & Polo Drive NE
(Missing Ramp)



Peachtree Circle NE and 16th Street
(Missing ramp)



Atlantic Drive NW & 10th St NW
(Missing ramp)



Luckie Street NW at Arthur Blank Family YMCA
(Missing ramp)



Irwin Street NE & Hilliard Street NE
(Missing ramps)



Clifton Road & Ponce de Leon Avenue
(Missing ramp)



Peachtree Center Avenue at Gilmer
(Missing ramp)



16th Street NE & Peachtree Circle NE
(Missing ramp)



Spring Street NW & 8th Street NW
(Missing ramp)



10th Street NW & Greenfield Street
(Missing ramp)



Virginia Avenue NE and Kanuga Street NE
(Missing ramp)



Northside Drive NW at Grace Midtown Church
(Missing ramp)



Northside Drive NW & Meldrum Street NW
(Missing ramp)



West Marietta Street NW and Brady Avenue NW
(Missing ramp)



8th Street NW and West Marietta St NW
(Missing ramp)



Virginia Avenue NE & Greencove Avenue NE

# SECTION 2 –
# BROKEN/OBSTRUCTED  RAMPS



15th Street and Peachtree Street
(Obstructed ramp)



15th Street
(Obstructed ramp)



Juniper Street NE & 12th Street NE
(Obstructed ramp)



Peachtree Street & 6th Street
(Obstructed ramp)



Courtland Street NE and Ralph McGill Boulevard NE
(Obstructed ramp)



Piedmont Avenue NE & 6th Street NE
(Obstructed ramp)



Peachtree Street NE
(Obstructed ramp)



18th Street NW and Spring Street
(Obstructed ramp)



Arts Center Way & 15th Street NE
(Obstructed ramp)



Peachtree Place NE
(Cracks at ramp entry)



4th & W Peachtree
(Ramp concerns)



3rd Street NW
(Cracks at ramp entry and no crosswalk)



SW corner of Edgewood Avenue & Hurt Street
(Cracks in ramp)



Island at NW corner of Dill Avenue & Lee St.
(No flare between ramp and flat pavement)



45 Marietta St, ramp at SE corner - Forsyth Intersection
(Not flush with street)



Auburn Avenue NW  & Peachtree St
(Ramp not flush with street & 3.6% cross slope.)



Wall St and Peachtree ST, SW corner
(Ramp not flush with street)



Spring Street NW & Abercrombie Place NW
(Broken ramp)



Orme Circle NE and Monroe Drive NE
(Ramp Obstructed)



Peachtree St NW and Spring Street NW
(Ramp obstructed)



Juniper Street NE & 8th Street NE
(Obstructed ramp)



Peachtree Street NE & Spring Street NW
(Obstructed ramp)



18th Street and Spring Street
(Hole at ramp entry)



11th Street and Peachtree Walk NE
(Hole at entry of ramp)



Hill St SE and South Avenue SE
(Ramp in need of repair)



Courtland Street NE and Ralph McGill Boulevard NE
(Ramp not flush with crosswalk)



3rd & Juniper
(Ramp in disrepair)



12th Street NW & Spring Street
(Broken ramps)



Williams Street NW
(Cracks in ramp)



Juniper Street NE & 5th Street NE
 (Ramps in need of repair)



Piedmont Avenue NE & 7th Street NE
(Obstruction)



Piedmont Avenue NE & 7th Street NE
(Ramp in need of repair)

# SECTION 3 – BROKEN, UNEVEN SIDEWALKS



Ponce de Leon Avenue between Charles Allen Drive NE & Monroe Drive NE
(Broken, uneven Sidewalk)



Piedmont Avenue between 5th Street NE and 6th Street NE
(Broken, uneven Sidewalk)



Piedmont Avenue & 4th Street NE
(Broken, uneven Sidewalk)



Piedmont Avenue between 3rd Street NE & 4th Street NE
(Broken, uneven Sidewalk)



Piedmont Avenue north of Ponce de Leon
Avenue NE
(Broken, uneven Sidewalk)



952 Edgewood Avenue
(Broken, uneven sidewalk)



McDonough Boulevard between Lakewood
Avenue SE  and Martin Street SE
(Broken, uneven sidewalk)



Spring Street & 16th Street
(Broken, uneven Sidewalk)



Renaissance Parkway & Courtland Street NE
(Broken, uneven Sidewalk)



Wylie Street SE
(Obstructed sidewalk)



Glen Iris Drive NE
(Broken, uneven Sidewalk)



1221 Euclid Avenue NE
(Broken, uneven Sidewalk)



West Peachtree Street
(Broken, uneven Sidewalk)



North Highland Avenue NE
(Disjointed sidewalk)



North Highland Avenue NE and Copenhill Avenue NE
(Broken, uneven Sidewalk)



Edgewood Avenue & Auburn Avenue
(Broken, uneven Sidewalk)



889 Edgewood Avenue
(Broken, uneven Sidewalk)



859 Edgewood Avenue
(Broken, uneven Sidewalk)



877 Edgewood Avenue
(Broken, uneven Sidewalk)



Adjacent to green space across the street from
846 Euclid
(Broken, uneven Sidewalk)



752 Dixie Avenue
(Broken, uneven Sidewalk)



Juniper Street NE & 5th Street NE
(Broken, uneven Sidewalk)



Lakewood Avenue SE between McDonough
Boulevard & Milton Avenue
(Hole and broken, uneven Sidewalk)



Jonesboro Road SE & McDonough Boulevard
(Broken, uneven Sidewalk)



184 Lakewood Avenue SE
(Broken, uneven Sidewalk)



104 McDonough Boulevard
(Broken, uneven Sidewalk)



Campbellton Rd SW between Murphy Avenue
and Lee Street.
(Broken, uneven Sidewalk)



Across the street from 131 Murphy Avenue (north of Dill Avenue)
(Broken, uneven Sidewalk)



East side of Forsyth St between Marietta St and Five Points Station
(Broken pavement and gap between sidewalk slabs)



Atlantic Drive NW & 11th Street
(Broken, uneven Sidewalk)



Parker Street NW
(Obstruction, broken, uneven sidewalk)



Andrew Young Blvd NE
(Broken, uneven Sidewalk)



17th Street NE
(Broken, uneven Sidewalk)



17th Street NE
(Broken, uneven Sidewalk)



Spring Street & 19th Street NW
(Broken, uneven Sidewalk)



Spring Street & 19th Street NW
(Broken, uneven Sidewalk)



4th Street NE & Juniper Street NE
(Broken, uneven Sidewalk)



Todd Road NE & Highland View NE
(Broken, uneven Sidewalk)



Piedmont Avenue NE south of 5th Street NE
(Hole in sidewalk)



794 Dixie Avenue NE
(Broken, uneven Sidewalk)



Piedmont Avenue NE & Linden Avenue NE
(Broken, uneven Sidewalk)



898 Edgewood Avenue
(Broken, uneven Sidewalk)



Piedmont Avenue between Ralph McGill
Boulevard & Baker Street
(Broken, uneven Sidewalk)



Montgomery Ferry Drive NE between Flagler Ave
NE & Monroe Drive NE
(Broken, uneven sidewalk)



8th Street NE and Piedmont Ave NE
(Broken, uneven sidewalk)



Dixie Avenue NE and Spruce St NE
(Obstructed sidewalk)



Courtland Street NE & Pine Street NE
(Obstructed sidewalk)



Ralph McGill Boulevard NE
(Obstructed sidewalk)



Glen Iris Drive NE & Morgan Street NE
(Broken, uneven Sidewalk)



Edgewood Avenue & Auburn Avenue
(Broken, uneven Sidewalk)



976 Edgewood Avenue
(Broken, uneven Sidewalk)



Spruce Street NE
(Broken, uneven sidewalk and obstructed passage)



892 Edgewood Avenue
(Broken, uneven Sidewalk)



Juniper Street NE & 5th Street NE
(Broken, uneven Sidewalk)



857 Euclid Avenue
(Broken, uneven Sidewalk)



Campbellton Rd SW between Murphy Avenue
and Lee St.
(Broken, uneven Sidewalk)



356 Home Park Avenue
(Broken, uneven Sidewalk)



Ted Turner Drive between Baker & Simpson
(Broken, uneven Sidewalk)



776  Juniper Street NE
(Broken, uneven Sidewalk)

# SECTION 4 – OBSTRUCTIONS (POLES, TREES, ETC.)



Courtland Street NE & Pine Street NE
(Obstruction)



Renaissance Parkway & Courtland Street NE
(Obstructed sidewalk)



Piedmont  Avenue NE & Ponce de Leon Avenue NE
(Obstruction)



4th Street NE between Argonne Avenue NE & Durant Place NE
(Tree Blocking sidewalk)



6th Street NE between Piedmont Avenue & Myrtle
Street NE
(Tree Blocking sidewalk)



McDonough Boulevard between Buchanan Lane
SE and Martin Street SE
(Obstructed sidewalk)



13th Street NE & West Peachtree Street NW
(Pole blocking sidewalk)



West Peachtree Street NW & 12th Street NE
(Poles blocking sidewalk)



11th Street NE & West Peachtree Street NW
(Pole in middle of sidewalk)



Ponce de Leon Avenue & West Peachtree Street
(Obstructed sidewalk)



Maddox Drive NE & Montgomery Ferry Drive NE
(Obstructed sidewalk)



Maddox Drive NE & Montgomery Ferry Drive NE
(Obstructed sidewalk)



11th Street NE and Juniper Street NE
(Obstructed sidewalk)



6th Street & West Peachtree
(Obstructed sidewalk)



Edgewood Avenue at William H Borders Sr Dr
(Obstructed sidewalk)



10th Street NW & Fowler Street NW
(Obstruction)



182 10th Street
(Obstruction, narrow sidewalk)



Williams Street & 14th Street NW
(Improper crosswalk markings)

# <u>SECTION 5 – ADDITIONAL DEFECTS</u>



Hill Street SE & South Avenue SE
(Missing sidewalk)



Charles Allen Drive NE between Ponce de Leon Avenue & 4th Street NE
(Narrow sidewalk)



Piedmont Avenue between Ponce de Leon Avenue NE & North Avenue
(Missing sidewalk panel)



Piedmont Avenue between Currier Street NE and Ralph McGill Boulevard
(Narrow sidewalk)



Spruce Street NE
(obstructed passage)



Irwin Street NE between Jackson Street NE &
Hilliard Street NE
(obstructed Passage and uplifted concrete slab)



17th Street &  West Peachtree Street
(Ramp not flat)



Piedmont Avenue between 10th Street & 11th Street
(Ramp not flush with street and cracks in crosswalk)



Metropolitan Parkway SW & Glenn Street SW
(Barrier in crosswalk)



Spring Street & 17th Street
(Missing crosswalk)



11th Street NE & Peachtree Street NE
(Missing crosswalks)



Peachtree & Peachtree PL NE
(Ramp to median)



4th Avenue & Spring Street
(Obstruction)



Linden Avenue NE  & Courtland Street NE
(Missing crosswalk)



Renaissance Parkway & Courtland Street NE
(Narrow passage)



Courtland Street NE and Ralph McGill Boulevard NE
(Ramp not flush)



Peachtree Street NE & Ralph McGill Boulevard NE
(Cracks in crosswalk, narrow passage)



Sylvan Rd SW & Lee Street
(Ramp to no sidewalk)



1015 Donnelly Avenue SW
(Missing sidewalk)



Charles Allen Drive NE at 4th Street NE
(Missing crosswalk)



4th Street NE between Piedmont Avenue NE &
Myrtle Street NE
(Narrow passage)



Daniel St SE
(Missing sidewalk)



Peachtree St NE
(Missing crosswalks)



17th St and Peachtree St NE
(Missing crosswalk)



18th Street NW
(Obstruction)



18th Street NW and Spring Street
(Missing crosswalk)



S Rhodes Center & Spring St
(Missing crosswalk)



Spring Street & Buford Street Connector
(Confusing crosswalk)



16th Street NE
(Cracks in sidewalk and narrow passage)



Arts Center Way and 16th Street NW
(Missing crosswalks)



Arts Center Way & 15th Street NW
(Off center ramp)



Arts Center Way
(Missing crosswalk)



14th Street & West  Peachtree Street
(Missing crosswalk)



14th Street & West  Peachtree
(Obstruction)



14th Street & Spring Street
(Missing crosswalk)



13th Street and Crescent Avenue NE



6th Street NE and Juniper Street
(Narrow passage)



3rd Street NE and Juniper Street
(Obstruction)



7th Street and Cypress Street NE
(Missing sidewalk)



Cypress Street NE & 5th Street NE
(Missing crosswalk)



Cypress Street NE & 3rd Street NE
(Obstruction)



5th Street & West Peachtree Street
(Improper crosswalk markings)



3rd Street & West  Peachtree Street
(Obstruction)



Spring Street NW
(Narrow passage)



4th Street NW & Spring Street
(Obstruction)



Ivan Allen Jr Blvd & Centennial Olympic Park Dr
(No alternate routes provided)



Dill Avenue SW between Lee St and Division
Place - Oakland City Marta
(Uncovered water meter)



Across the street from 131 Murphy Avenue, north
of Dill Avenue
(Uncovered Water Meter, Oakland City Marta)



SW corner of Campbellton Rd & Lee Street
(Tactile strip doesn't cover entire access from
ramp)



Across from 15 Peachtree St
(Gap in sidewalk slab)



Parker Street NW
(Missing sidewalk)



Spring Street, near ramp to connector NB
(Missing sidewalk)



Martin Street SW
(Obstruction)



Courtland Street NE at Currier Street NE
(Part of crosswalk missing)



Linden Avenue NW & Spring Street NW
(Improper markings)



W Peachtree St NW & Linden Avenue NE
(Improper markings)



Pine Street NE & West Peachtree Street
(Improper markings)



Courtland Street NE and Linden Avenue NE
(Improper markings)



Cypress Street NE & 5th Street NE
(Improper markings)



Peachtree Street NE & Ponce de Leon Avenue NE
(Narrow passage)



3rd Street NE & Juniper Street NE
(Improper markings)



Juniper Street NE & 5th Street NE
(Improper crosswalk markings)



Cypress Street NE & 4th Street NE
(Obstruction)



Cypress Street NE & 4th Street NE
(Improper crossing markings)



Cypress Street NE & 4th Street NE
(Obstruction)



Cypress Street NE & 4th Street NE
(Obstruction)



14th Street NE
(Narrow sidewalk)



Randolpj Street NE and Irwin Street NE
(Obstruction)



Spring Street NW & Rhodes
(Improper crosswalk markings)



Ponce de Leon Avenue & Peachtree Street



18th Street & Spring Street
(Improper crosswalk markings)



Monroe Circle NE (entire street)
(Broken, missing sidewalk)



Rogers Street NE & Wade Avenue NE
(Missing sidewalk)



Spring Street NW & Abercrombie Place NW
(Sidewalk obstruction)



10th Street NW and Nassau Street NW
(Missing crosswalk)



75 Robin Hood Road NE
(Sidewalk ends)