IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAUREL LAWSON, JAMES CURTIS, and JAMES TURNER, on behalf of themselves and other similarly situated persons,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF ATLANTA, GEORGIA,<br><br>    Defendant. | CIVIL ACTION FILE<br>No. 1:18-cv-2484-SCJ |

### ORDER

Plaintiffs filed this class action complaint alleging violations of both the Americans with Disabilities Act and Rehabilitation Act on May 24, 2018.  See Doc. No. [1].  On July 6, 2018, Defendant City of Atlanta ("the City") filed a Motion to Dismiss for failure to state a claim.  Doc. No. [8].  After receiving an extension of time from the Court (Doc. No. [11]), Plaintiffs filed their first amended complaint on August 3, 2018.  Doc. No. [12].  The City subsequently filed a new Motion to Dismiss on September 2, 2018.  Doc. No. [16].

1

As an amended complaint supersedes the original complaint, Defendant's July 6th Motion to Dismiss is **DENIED AS MOOT**. See Malowney v. Fed. Collection Deposit Grp., 193 F.3d 1342, 1345 n.1 (11th Cir. 1999). The Court will consider Defendant's second Motion to Dismiss in a separate order.

IT IS SO ORDERED this 28th day of December, 2018.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE