UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAUREL LAWSON, JAMES CURTIS, and JAMES TURNER, on behalf of themselves and other similarly-situated persons,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF ATLANTA, GEORGIA,<br><br>    Defendant. | Civil Action File No.<br><br>1:18-cv-02484-SCJ |

**JOINT STATUS REPORT**

Pursuant to the Court's June 30, 2020 order continuing the stay in this case, the parties jointly submit this report and request that the Court continue the current stay for another 90 days.

As set forth in the parties' jointly submitted report on June 29, 2020, the ongoing pandemic has hampered their ability to obtain critical information that may allow them to resolve the dispute. This still remains the case. Indeed, the City of Atlanta is back to Phase 1 of the reopening phases.[1] And, as a result of the pandemic, this Court granted the parties' joint motion to stay this action. [D.E. 60].

---

[1] *See* https://atlstrong.org/wp-content/uploads/2020/05/COAReopeningPhases.pdf (last visited August 17, 2020).

Nevertheless, as stated previously, the City is in the process of completing a comprehensive assessment of City sidewalks and anticipate that it will be completed by the end of October. Based on the results of this assessment, the parties anticipate collaborating in an effort to reach a compromise over Plaintiffs' claims.

Wherefore, the parties request that the Court continue the stay for an additional 90 days and that they submit a joint report 14 days prior to its expiration to advise the Court of the status at that time.

This 17th day of August 2020.

*/s/ Andrew Y. Coffman*
Andrew Y. Coffman
Georgia Bar No. 173115
acoffman@pcwlawfirm.com
**PARKS, CHESIN & WALBERT, P.C.**
75 Fourteenth Street, 26th Floor
Atlanta, GA 30309
Telephone: 404-873-8000
Facsimile:  404-873-8050

*/s/ James E. Radford*
James E. Radford
Georgia Bar No. 108007
james@decaturlegal.com
**RADFORD & KEEBAUGH, LLC**
315 W Ponce de Leon Ave, #1080
Decatur, GA 30030
Telephone: 678-271-0300

*/s/ Richard J. Valladares*
Richard J. Valladares
Georgia Bar No. 611066
ValladaresR@gtlaw.com
**GREENBERG TRAURIG, LLP**
Terminus 200, Suite 2500
333 Piedmont Road NE

Robert S. Fine *(pro hac vice)*
Florida Bar No. 155586
FineR@gtlaw.com
Robert S. Galbo *(pro hac vice)*
Florida Bar No. 106937
GalboR@gtlaw.com
Elisha H. Baca *(pro hac vice)*

– 3 –

| | |
|---|---|
| Atlanta, Georgia 30305 | Florida Bar No. 1003009 |
| Telephone: 678-553-2100 | BacaE@gtlaw.com |
| Facsimile:  678-553-4745 | **GREENBERG TRAURIG, P.A.** |
| | 333 S.E. 2nd Avenue, Suite 4400 |
| | Miami, Florida 33131 |
| | Telephone: 305-579-0500 |
| | Facsimile:  305-579-0717 |

## CERTIFICATE OF SERVICE AND
## COMPLIANCE WITH LOCAL RULE 5.1(C)

I hereby certify that on August 17, 2020 I electronically filed the foregoing JOINT **STATUS REPORT** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

I further certify the foregoing has been prepared in Times New Roman 14-point font, as approved by the Court in Local Rule 5.1(C).

s/ Richard J. Valladares
Richard J. Valladares
