UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAUREL LAWSON, JAMES CURTIS, and JAMES TURNER, on behalf of themselves and other similarly-situated persons,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF ATLANTA, GEORGIA,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br>1:18-cv-02484-SDG |

## STATUS REPORT

Plaintiffs, Laurel Lawson, James Curtis and James Turner, on behalf of themselves and other similarly situated persons (the "Plaintiffs")[1] and Defendant City of Atlanta, Georgia (the "City"), pursuant to the Court's November 9, 2020, Order respectfully file this Status Report. In support thereof, the Parties state as follows:

1.     This is a putative class action lawsuit filed by the Plaintiffs against the City in which the Plaintiffs allege the City is violating Title II of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act. Plaintiffs allege the City

---

[1] The City and Plaintiffs, collectively, are hereinafter referred to as the "Parties".

1

has failed to maintain its sidewalks, denying equal access to a class of disabled persons with mobility impairments.

2. On April 6, 2020, due to the effects of the coronavirus pandemic ("COVID-19") and the governmental and societal measures being undertaken to contain and/or prevent the unprecedented health risks related to the spread of COVID-19, and the unavailability of City staff whose presence is necessary for the active prosecution and defense of this action, as well as any settlement discussions, the Parties requested a 90 day stay of this action [ECF No. 54], which the Court granted on April 13, 2020 [ECF No. 55].

3. As time passed, the parties' request was overly optimistic. Based on Defendant's continued staffing limitations caused by COVID-19 safety protocols, the stay has been extended three times since then (*see* ECF Nos. 60, 65), most recently in the Court's minute Order entered on November 9, 2020. The current stay expires on January 8, 2021.

4. During the stay period, the City received and analyzed a survey it commissioned, which includes data on condition of sidewalks and ADA curb ramps in the City relating to their state of maintenance and accessibility. The City reports this effort has been an extensive and time-intensive undertaking, made more difficult by limitations imposed under COVID-19 safety measures. The City has not yet

shared the survey data with Plaintiffs pending the completion of its analysis of the data to converting it into a form that is more usable by the Parties for the purposes of this lawsuit. The City anticipates completing its analysis and assessment of this information by the end of the first quarter of 2021 or early in the second quarter of 2021 including providing this information to Plaintiffs. Both the City's completed assessment, as well as Plaintiffs' review of the information will be necessary to resolve this matter.

5. The Parties have remained in contact during the stay period and identified additional issues that need to be resolved. Some of these issues are already underway, including negotiations over class certification.

6. The Parties anticipate filing a motion or a stipulation regarding class certification within twenty (20) days after the expiration of the stay on January 8, 2021.

7. In order for the Parties to file and for the Court to address a motion or stipulation on class certification, the parties agree that the stay must be lifted on January 8, 2021.

8. Accordingly, the parties anticipate filing a motion or stipulation regarding class certification on or before January 28, 2021. At that time, the parties

hope to be in a position to request re-instatement of the stay to allow them an opportunity to finalize settlement terms.

9. Wherefore, the Parties respectfully request that the Court allow the current stay to expire and to thereafter allow the parties through and including January 28, 2021 to file a motion for class certification or a stipulation regarding class certification, whichever is appropriate based on their present negotiations.

Dated: December 24, 2020

**COUNSEL FOR PLAINTIFFS**

| | |
|---|---|
| */s/ Andrew Y. Coffman* | */s/ James E. Radford* |
| Andrew Y. Coffman | James E. Radford |
| Georgia Bar No. 173115 | Georgia Bar No. 108007 |
| A. Lee Parks, Jr. | Regan E. Keebaugh |
| Georgia Bar No. 563750 | Georgia Bar No. 585500 |
| J. Daniel Cole | Georgia Lord |
| Georgia Bar No. 450675 | Georgia Bar No. 447932 |
| **PARKS, CHESIN & WALBERT, P.C.** | **RADFORD & KEEBAUGH, LLC** |
| 75 Fourteenth Street, 26th Floor | 315 W. Ponce de Leon Ave. @1080 |
| Atlanta, GA 30309 | Decatur, GA 30030 |
| Telephone: 404-873-8000 | Telephone: 678-271-0300 |
| Facsimile: 404-873-8050 | james@decaturlegal.com |
| acoffman@pcwlawfirm.com | regan@decaturlegal.com |
| lparks@pcwlawfirm.com | georgia@decaturlegal.com |
| dcole@pcwlawfirm.com | |

**COUNSEL FOR DEFENDANT**

| | |
|---|---|
| **GREENBERG TRAURIG, LLP** | **GREENBERG TRAURIG, P.A.** |
| Terminus 200, Suite 2500 | 333 S.E. 2nd Avenue, Suite 4400 |

4

| | |
|---|---|
| 333 Piedmont Road NE<br>Atlanta, Georgia 30305<br>Telephone: (678) 553-2100<br>Facsimile:  (678) 553-4745 | Miami, Florida 33131<br>Telephone: (305) 579-0500<br>Facsimile:  (305) 579-0717 |
| /s/ Richard J. Valladares<br>RICHARD J. VALLADARES<br>Georgia Bar No. 611066<br>Valladaresr@gtlaw.com | ROBERT S. FINE (*pro hac vice*)<br>Florida Bar No. 155586<br>Email: FineR@gtlaw.com<br>ROBERT S. GALBO (*pro hac vice*)<br>Florida Bar No. 106937<br>Email: GalboR@gtlaw.com<br>ELISA H. BACA (*pro hac vice*)<br>Florida Bar No. 1003009<br>Email: BacaE@gtlaw.com |

### **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1D**

I hereby certify that the foregoing document was prepared in Times New Roman, 14-point font, as provided by Local Rule 7.1D.

s/ Richard J. Valladares
Richard J. Valladares
Georgia Bar No. 611066

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing **STATUS REPORT** with the Clerk of Court using the CM/ECF system which will automatically send electronic notification of such filing to all counsel of record:

This 24th day of December, 2020.

        s/ Richard J. Valladares
        Richard J. Valladares
        Georgia Bar No. 611066