**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| LAUREL LAWSON, JAMES CURTIS, and JAMES TURNER, on behalf of themselves and other similarly-situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ATLANTA, GEORGIA, <br><br> Defendant. | Civil Action No. <br> 1:18-cv-02484-SDG |

## ORDER

The parties have informed the Court that a settlement of this case is anticipated, but will take some time to finalize. Therefore, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case. This closure is not a dismissal and does not preclude the filing of documents. The case may be re-opened if necessary. The parties are **ORDERED** to file settlement documents to dispose of the case or request that it be reopened within **90 days** of the date of this Order. Absent an extension of that deadline or further order of the Court, the case will be considered **DISMISSED WITH PREJUDICE** at that time.

Signed this the 30th day of September 2021.

_____
Steven D. Grimberg
United States District Court Judge