UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAUREL LAWSON, JAMES CURTIS, and JAMES TURNER, on behalf of themselves and other similarly-situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ATLANTA, GEORGIA, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION FILE NO. <br> 1:18-cv-02484-SDG |

**JOINT STATUS REPORT**

Plaintiffs, Laurel Lawson, James Curtis and James Turner, on behalf of themselves and other similarly situated persons (the "Plaintiffs")[1] and Defendant City of Atlanta, Georgia (the "City"), pursuant to the Court's November 9, 2020, Order respectfully file this Status Report. In support thereof, the Parties state as follows:

1. This is a putative class action lawsuit filed by the Plaintiffs against the City in which the Plaintiffs allege the City is violating Title II of the American's with Disabilities Act and Section 504 of the Rehabilitation Act based on allegations

---

[1] The City and Plaintiffs, collectively, are hereinafter referred to as the "Parties".

1

that the City failed to maintain the City's sidewalks so that they are equally accessible to persons with mobility impairments.

2. Due to the unforeseeable and unprecedented Coronavirus pandemic, the Parties requested that the Court stay the action, which the Court granted on April 13, 2020. [ECF No. 55].

3. The action was largely stayed since April 2020 as the Parties agreed it would reduce litigation expenses and continued to cooperatively work together to reach a settlement. *See, e.g.*, ECF No. 60; ECF No. 68; Paperless Entry dated November 9, 2020; ECF No. 71.

4. In order to keep progressing towards a resolution, on April 22, 2021, the Court granted the Parties' Joint Stipulation and Joint Motion for Conditional Class Certification. [ECF No. 75]. The Court's order also stayed the action for a period of 180 days "in order for the parties to work towards a settlement. … If a settlement is not to be filed with the Court within this one-hundred and eighty day period, the Parties must contact the Court to request a status conference be had upon its expiration." *Id.* at 3.

5. On September 30, 2021, the Court administratively closed the case and ordered the Parties to "file settlement documents to dispose of the case or request that the case be reopened" within 90 days. [ECF No. 78].

6. On December 29, 2021, the Parties jointly moved for a 90-day extension to "file settlement documents to dispose of the case or request that the case be reopened." [ECF No. 80]. The Court granted the motion and extended the deadline to "file settlement documents to dispose of the case or request that the case be reopened" to March 29, 2022 and ordered the Parties to "file a joint status report with a recommendation to the Court as to whether this deadline should be extended, or the case should be reopened." [ECF No. 81].

7. The Parties have been working diligently in order to finalize the anticipated Consent Decree for this matter. The Parties have been having weekly calls discussing various topics that are likely to be included in the Consent Decree. Further, the Parties have exchanged multiple drafts of the Consent Decree but are awaiting approvals from numerous stakeholders on the draft of the Consent Decree in order to finalize it.

8. The Parties respectfully request that the Court extend the deadline of March 29, 2022 an additional ninety (90) days in order for the Parties to either file settlement documents or request to reopen the case. Should the Court grant this request, the Parties again would provide a status report two weeks prior to the expiration of this deadline.

Dated: March 14, 2022

**COUNSEL FOR PLAINTIFFS**

/s/ *Andrew Y. Coffman*
Andrew Y. Coffman
Georgia Bar No. 173115
A. Lee Parks, Jr.
Georgia Bar No. 563750
J. Daniel Cole
Georgia Bar No. 450675
**PARKS, CHESIN & WALBERT, P.C.**
75 Fourteenth Street, 26th Floor
Atlanta, GA 30309
Telephone: 404-873-8000
Facsimile: 404-873-8050
acoffman@pcwlawfirm.com
lparks@pcwlawfirm.com
dcole@pcwlawfirm.com

/s/ *James E. Radford*
James E. Radford
Georgia Bar No. 108007
Regan E. Keebaugh
Georgia Bar No. 585500
Georgia Lord
Georgia Bar No. 447932
**RADFORD & KEEBAUGH, LLC**
315 W. Ponce de Leon Ave. @1080
Decatur, GA 30030
Telephone: 678-271-0300
james@decaturlegal.com
regan@decaturlegal.com
georgia@decaturlegal.com

**COUNSEL FOR DEFENDANT**

**GREENBERG TRAURIG, LLP**
Terminus 200, Suite 2500
333 Piedmont Road NE
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-4745

/s/ Richard J. Valladares
RICHARD J. VALLADARES
Georgia Bar No. 611066
Valladaresr@gtlaw.com

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

ROBERT S. FINE (*pro hac vice*)
Florida Bar No. 155586
Email: FineR@gtlaw.com
ROBERT S. GALBO (*pro hac vice*)
Florida Bar No. 106937
Email: GalboR@gtlaw.com
ELISA H. BACA (*pro hac vice*)
Florida Bar No. 1003009
Email: BacaE@gtlaw.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1D

I hereby certify that the foregoing document was prepared in Times New Roman, 14-point font, as provided by Local Rule 7.1D.

                                                s/ Richard J. Valladares
                                                Richard J. Valladares
                                                Georgia Bar No. 611066

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing **STATUS REPORT** with the Clerk of Court using the CM/ECF system which will automatically send electronic notification of such filing to all counsel of record:

This 14th day of March, 2022.

                                                s/ Richard J. Valladares
                                                Richard J. Valladares
                                                Georgia Bar No. 611066