## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| LAUREL LAWSON, JAMES CURTIS, and JAMES TURNER, on behalf of themselves and other similarly-situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ATLANTA, GEORGIA, <br><br> Defendant. | Civil Action No. <br> 1:18-cv-02484-SDG |

### ORDER GRANTING JOINT REQUEST TO EXTEND DEADLINE TO FILE SETTLEMENT DOCUMENTS OR REOPEN THE CASE

Before the Court is the parties' Joint Status Report [ECF 84], which requests that the Court extend the current deadline of June 27, 2022 by 90 days in order for the parties to either to file settlement documents or request that the Court reopen the case. For good cause shown, the parties' request is granted and the deadline for the parties to file settlement documents or request that the case be reopened is extended to September 26, 2022. On or before September 12, 2022, the parties shall file a joint status report with a recommendation to the Court as to whether this deadline should be extended, or the case should be reopened.

SO ORDERED this 15th day of June, 2022.

Steven D. Grimberg
United States District Court Judge