# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LAUREL LAWSON, JAMES CURTIS, and JAMES TURNER, on behalf of themselves and other similarly-situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ATLANTA, GEORGIA, <br><br> Defendant. | CIVIL ACTION FILE NO. <br> 1:18-cv-02484-SDG |

## ORDER REOPENING CASE

THIS CAUSE having come before the Court on the Parties' Joint Motion to Reopen Case and good cause appearing therefore, it is

**ORDERED AND ADJUDGED** that the request to reopen the case is granted. The deadline for the Parties to file the Motion for Preliminary Approval of the Consent Decree shall be August 25, 2023.

SO ORDERED this 23rd day of August, 2023.

*[signature]*

STEVEN D. GRIMBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record